■ RICHARD P. TERLINGEN, JR., et al., Respondents, v UNITED STATES FIRE INSURANCE COMPANY et al., Appellants, et al., Defendants.—Judgment of the Supreme Court, Queens County, dated March 22, 1979, affirmed, with

$50 costs and disbursements, upon the memorandum of Mr. Justice Lerner at Special Term. Cohalan, J. P., Margett, Martuscello and Gibbons, JJ., concur.